AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District<br>DISTRICT OF MASSACHUSETTS | |
|---|---|---|
| Name of Movant<br>ANTHONY MITCHELL | Prisoner No.<br>90780-038 | Docket No.<br>03-30042 |
| Place of Confinement<br>United States Penitentiary, P. O. Box 1000, Lewisburg, PA 17837 | | |

(include name upon which convicted)

UNITED STATES OF AMERICA    V.    ANTHONY MITCHELL
(full name of movant)

05-30122-MAP

MOTION

1. Name and location of court which entered the judgment of conviction under attack ___United States District Court for the District of Massachusetts___

2. Date of judgment of conviction ___April 26, 2004___

3. Length of sentence ___92 months___

4. Nature of offense involved (all counts) ___Conspiracy to distribute more than 5 grams of cocaine base, 21 U.S.C. § 846; Distribution of more than 5 grams of cocaine base, 21 U.S.C. § 841(a)(1)___

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   NOT APPLICABLE

6. Kind of trial: (Check one)    NOT APPLICABLE
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐    NOT APPLICABLE

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(2)

AO 243
REV 6/82

9. If you did appeal, answer the following:

   (a) Name of court __NOT APPLICABLE__

   (b) Result __NOT APPLICABLE__

   (c) Date of result __NOT APPLICABLE__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __NOT APPLICABLE__

    (2) Nature of proceeding __NOT APPLICABLE__

    (3) Grounds raised __NOT APPLICABLE__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒

    (5) Result __NOT APPLICABLE__

    (6) Date of result __NOT APPLICABLE__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __NOT APPLICABLE__

    (2) Nature of proceeding __NOT APPLICABLE__

    (3) Grounds raised __NOT APPLICABLE__

AO 243
REV 6/82

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result __NOT APPLICABLE__

(6) Date of result __NOT APPLICABLE__

(c) As to any third petition, application or motion, give the same information:

(1) Name of court __NOT APPLICABLE__

(2) Nature of proceeding __NOT APPLICABLE__

(3) Grounds raised __NOT APPLICABLE__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒
(5) Result __NOT APPLICABLE__
(6) Date of Result __NOT APPLICABLE__

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐ No ☐      NOT APPLICABLE
(2) Second petition, etc.   Yes ☐ No ☐
(3) Third petition, etc.    Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

__It was my understanding that my plea of guilty and the resulting waiver of my right to file a Direct Appeal and a collateral attack foreclosed any post-conviction remedies that I might have.__

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.
    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

AO 243
REV 6/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with under-

Supporting FACTS (tell your story *briefly* without citing cases or law: ...standing of the nature of the charge and the consequences of the plea. The evidence, both forensic and circumstantial was, as a matter of law, legally insufficient, to prove beyond a reasonable doubt that Petitioner either possessed and/or distributed cocaine base "crack" on the charged dates and times.

B. Ground two: Denial of the effective assistance of counsel; failure to file an ex-parte motion for Expert Witness - Voice Analysis.

Supporting FACTS (tell your story *briefly* without citing cases or law): There was no actual proof beyond a reasonable doubt that the alleged voice heard on the audio recording device is that of Anthony Mitchell. Both the (CW) and Jerome Jody Clark had ample reasons to lie about Mitchell's alleged involvement in order to curry favor with the Government for money and leniecy respectively.

C. Ground three: Denial of the right to appeal, plea bargaining counsel failed to file either a timely and/or any notice...

Supporting FACTS (tell your story *briefly* without citing cases or law): After he was convicted and sentenced, Petitioner requested counsel to file... a timely notice of appeal in his behalf, pursuant to then existing Supreme Court precedents. Counsel absolutely did not file any notice of appeal whatsoever... which resulted

AO 243
REV 6/82

in constitutionally deficient performance and/or representation within the meaning of clearly established Federal Law...

D. Ground four: Government failed to meet its burden of proof on the charged Conspiracy, Title 21 U.S.C. § 846, Possession...

Supporting FACTS (tell your story *briefly* without citing cases or law): with Intent to Distribute and Distribute Cocaine base, because the evidence clearly demonstrated that not only did Petitioner not possess any cocaine base "crack", therefore, he could never have distributed any cocaine base "crack"; but likewise, Petitioner never agreed with Jerome Jody Clark to possess with the intent to distribute and distribute cocaine base "crack".

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: **None of the grounds listed in 12A, B, C, and D have previously been presented due to the aforementioned ineffective and deficient assistance and performance by counsel.**

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing Mr. J. Jeffrey Yelle, Esquire, 1365 Main Street, Springfield, Massachusetts 01103, (413) 732-9760 - FAX# (413)-739-2783.

    (b) At arraignment and plea  Same As Above

    (c) At trial  Not applicable

    (d) At sentencing  Mr. J. Jeffrey Yelle, Esquire, 1365 Main St., Springfield, MA 01103, (413) 732-9760 - FAX# (413) 739-2783.

AO 243
REV 6/82

(e) On appeal ___NOT APPLICABLE___

(f) In any post-conviction proceeding ___NOT APPLICABLE___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___NOT APPLICABLE___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: ___

(b) Give date and length of the above sentence: ___

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(date)

_____
Signature of Movant

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS [PETITIONER]**
ANTHONY MITCHELL

**DEFENDANTS [RESPONDENT]**
UNITED STATES OF AMERICA

(b) County of Residence of First Listed Plaintiff: Hamblen
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Not Applicable
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pro-se Litigant

Attorneys (If Known)
Michael J. Sullivan, USA

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☒ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause:
28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions): JUDGE Michael A. Ponsor   DOCKET NUMBER 03cr30042-MAP

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Anthony Mitchell vs.__
   __United States of America__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   I. 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ✓ IV. 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   V. 150, 152, 153.

   05-30122-MAP

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   __Dkt. 03cr30042-MAP__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES    NO ✓

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ✓   NO
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ✓   NO

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES    NO ✓

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES    NO ✓

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division      Central Division      Western Division

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division      Central Division      Western Division

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES    NO

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Proceeding Pro-Se__
ADDRESS __Anthony Mitchell, # 90780-038, P. O. box 1000, Lewisburg, PA 17837__
TELEPHONE NO. __Not Applicable__

(CategoryForm.wpd - 5/2/05)