# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

ANTHONY MITCHELL,

   Petitioner

         v.                       CIVIL ACTION NO. 3: 05-30122 -MAP

UNITED STATES OF AMERICA

   Respondent

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

**[ ]**   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[X]**   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing the petitioner's petition.

                                                      SARAH A. THORNTON,
                                                      CLERK OF COURT

Dated: October 31, 2005                      By  /s/ Maurice G. Lindsay
                                                         Maurice G. Lindsay
                                                         Deputy Clerk

(Civil Judgment of Dismissal-2.wpd - 11/98)
    [jgm.]